IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01455-MEH

JOSEPHINE E. BENAVIDEZ,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 11, 2015.**

    Defendant's Unopposed Motion for Withdrawal of Counsel [filed February 3, 2015; docket #22] is **granted**. Ms. Milano's representation of the Defendant in this case is terminated. Sarah Van Arsdale Berry will continue to represent Defendant in this matter.